36 A.3d 567

**KELLY BUICK, INC., Kelly Buick, Inc., t/a, a/k/a, d/b/a, Kelly Buick–GMC, Kelly Management Corporation, Petitioners**

v.

**Lauren H. KNOWLES and Her Parents John and Dianne Knowles as Agents and Power of Attorney on Her Behalf, and Ian Tough, Margit Kinard, V.A.U.L. Trust, Respondents.**

No. 64 EM 2011.

Supreme Court of Pennsylvania.

Oct. 31, 2011.

## ORDER

PER CURIAM.

AND NOW, this 31st day of October, the Petition for Review is **DENIED.**